# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __CV-09-6447-R__   Date __FEB. 25, 2011__

Title: __U.S.A. -V- $83,579.19 etc__

Present: The Honorable __MANUEL L. REAL__

| Willism Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

N/A   N/A

Proceedings:   ☐ In Court   ☒ In Chambers   ☒ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated __Sept. 20, 2010__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other __Claimant has failed to submit proposed judgment as ordered on 9-20-10. MAKE JS-6__

☐ Entered _____.

Initials of Preparer __WH__